No. 216. MACKEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Frederick Bernays Wiener* and *Robert J. Downing* for petitioner. *Solicitor General Cox, Assistant Attorney General Jones* and *Meyer Rothwacks* for the United States.

No. 217. PEPPERIDGE FARM, INC. *v.* BRYAN, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Robert MacCrate* and *Edward W. Keane* for petitioner. *Louis Nizer* for respondent.

No. 220. SMITH ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *William F. Hopkins* for petitioners. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 221. JOE GRAHAM POST No. 119, AMERICAN LEGION *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William E. Logan* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Jones* for the United States.

No. 225. MIAMI HERALD PUBLISHING CO. *v.* BOIRE, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *D. P. S. Paul* and *Parker D. Thomson* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 239. UNITED SPECIALTY ADVERTISING CO. ET AL. *v.* FURR'S, INC., ET AL. Ct. Civ. App. Tex., 8th Sup. Jud. Dist. Certiorari denied. *Maurice J. Hindin* and *W. B. Browder, Jr.,* for petitioners. *William L. Kerr* for respondents.